■ In the Matter of NORSE PIPELINE, LLC, Appellant, v TOWN OF BUSTI et al., Respondents. (Appeal No. 1.) [965 NYS2d 901]—

Appeal from an amended order of the Supreme Court, Chautauqua County (Joseph Gerace, J.H.O.), entered February 27, 2012 in proceedings pursuant to RPTL article 7. The amended order, among other things, dismissed the petitions for the years 2009 and 2010.

It is hereby ordered that the amended order so appealed from is unanimously affirmed without costs for reasons stated in the amended decision at Supreme Court. Present—Smith, J.P., Fahey, Carni, Valentino and Whalen, JJ.